UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 07 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IMMUNOCEPT, LLC, PATRICE ANNE §
LEE, AND JAMES REESE MATSON, §
§
    Plaintiffs, §
§
vs. §    CAUSE NO. A 05 CA 334 SS
§
FULBRIGHT & JAWORSKI, LLP, §
§
    Fulbright. §

## APPENDIX TO PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT

1.    Declaration of Alan MacPherson

2.    Declaration of James Malackowski

3.    Declaration of Rinaldo Bellomo

4.    Defendant's Answers to Plaintiffs' Third Set of Interrogatories

5.    Deposition Excerpts, Deposition of Rinaldo Bellomo – February 21, 2006

6.    Deposition Excerpts, Deposition of Thomas Felger – January 13, 2006

7.    Deposition Excerpts, Deposition of Martha Feldman – February 10, 2006

8.    Deposition Excerpts, Deposition of John Kellum – March 7, 2006

9.    Deposition Excerpts, Deposition of John R. Kirk – February 2, 2006

10.    Deposition Excerpts, Deposition of Patrice Anne Lee – November 14, 2005

11.    Deposition Excerpts, Deposition of James Matson – November 8, 2005

12.    Deposition Excerpts, Deposition of Thomas Paul – December 14, 2005

13.    Deposition Excerpts, Deposition of Phillip Phillips – March 2, 2006

14.    Deposition Excerpts, Deposition of David Radunsky – December 21, 2005

15. Deposition Excerpts, Deposition of James Repass – December 14, 2005

16. Deposition Excerpts, Deposition of William A. Stout – December 14, 2005

17. Deposition Excerpts, Deposition of Keith Ugone – March 3, 2006

Respectfully submitted,

_____
Michael P. Lynn, P.C.
State Bar No. 12738500
Jeffrey M. Tillotson, P.C.
State Bar No. 20039200
John Volney
State Bar No. 24003118
Jeremy A. Fielding
State Bar No. 24040895
LYNN TILLOTSON & PINKER, LLP
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

ATTORNEYS FOR PLAINTIFFS
IMMUNOCEPT, LLC
PATRICE ANN LEE
JAMES REESE MATSON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served *via facsimile* on this the 6th day of April 2006:

David J. Beck, Esq.
Geoff Gannaway, Esq.
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700 Telephone
(713) 951-3720 Facsimile

*Attorneys for Fulbright & Jaworski, LLP*

_____
Jeremy A. Fielding

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

## Notice of Document/Attachment(s) Not Imaged and Contained in Expandable Folder

See Expandable File(s) to View/Copy Document/Attachment(s)

Civil Case No.    A:05-CA-334 SS

Immunocept LLC et al.

VS.

Fulbright & Jaworski LLP

Attachments to
Document #:    110

Description:    Appendix to Plaintiffs' Motion to Alter or Amend the Judgment

File Date:    April 7, 2006

Prepared by:    dm

**This sheet to be imaged as the last page.**